```
                   IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION

IN RE: EUGENE & PATSY RICHARDSON          )
                                          )
Wachovia Mortgage, FSB                    )
fka World Savings Bank,                   )
             Creditor,                    )
                                          )
      vs.                                 ) CASE NO. 09B24104
                                          ) JUDGE A. Benjamin Goldgar
EUGENE & PATSY RICHARDSON,                )
             Debtor                       )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wachovia Mortgage, FSB fka World Savings Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the June 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of July 22, 2010:

```
      a. Attorney's Fees                                    $250.00
      b. Payments (June – August)   3 @ $860.16          $2,580.48
      c. Property Inspection                              $100.00
      d. Late Charges               3 @ $30.66             $91.98
      e. Suspense                                         -$49.28
         Total                                          $2,973.18
```

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wachovia Mortgage, FSB fka World Savings Bank rights to collect these amounts will be unaffected.

```
                              Respectfully Submitted,
                              Wachovia Mortgage, FSB fka World
                              Savings Bank

                              /s/Toni Dillon
                              Toni Dillon ARDC#6289370
                              Pierce and Associates, P.C.
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              (312)346-9088
```